THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TARA GRAVINO, Appellant.

Submitted February 16, 2010; decided February 18, 2010

Motion by District Attorneys Association of the State of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN MASON, Appellant.

Submitted February 16, 2010; decided February 18, 2010

Motion for leave to appeal granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR MONTES, Appellant.

Submitted February 16, 2010; decided February 18, 2010

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.